No. 00–660. Florida Sugar Marketing & Terminal Assn., Inc. *v.* United States. C. A. Fed. Cir. Certiorari denied.

No. 00–798. Greenville Women's Clinic et al. *v.* Bryant, Commissioner, South Carolina Department of Health and Environmental Control, et al. C. A. 4th Cir. Certiorari denied.

No. 00–800. Board of Water, Light and Sinking Fund Commissioners of the City of Dalton, Georgia *v.* Federal Energy Regulatory Commission et al. C. A. D. C. Cir. Certiorari denied.

No. 00–814. City of Long Beach *v.* Seung Chun Lim et al.; and
No. 00–1043. Seung Chun Lim et al. *v.* City of Long Beach. C. A. 9th Cir. Certiorari denied. Reported below: 217 F. 3d 1050.

No. 00–828. DuBose *v.* Michigan. Ct. App. Mich. Certiorari denied.

No. 00–829. Chris *v.* Tenet, Director of Central Intelligence. C. A. 4th Cir. Certiorari denied.

No. 00–838. South Fork Band of the Te-Moak Tribe of Western Shoshone Indians of Nevada et al. *v.* Sixth Judicial District Court of Nevada et al. Sup. Ct. Nev. Certiorari denied.

No. 00–848. McNeil, Independent Executor and Representative of the Estate of McNeil, Deceased *v.* Time Insurance Co. C. A. 5th Cir. Certiorari denied.

No. 00–876. Christo et al. *v.* Padgett. C. A. 11th Cir. Certiorari denied.

No. 00–1016. Allied Pilots Assn. et al. *v.* American Airlines, Inc. C. A. 5th Cir. Certiorari denied.

No. 00–1029. Braun *v.* Headley. Ct. Sp. App. Md. Certiorari denied.